IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>PAUL AND NANCY SCHREITER,<br>　　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 05-27479<br>Adv. No. 06-00795 |
| UNITED STATES TRUSTEE,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br>PAUL SCHREITER,<br>　　　　　　　　　　　Defendant. | ORDER INCORPORATING MEMORANDUM DECISION DATED JUNE 19, 2007 |

Based upon this Court's Memorandum Decision dated June 15, 2007, which is incorporated herein by reference:

IT IS ORDERED denying the Debtor a discharge for concealing, destroying, or failing to keep or preserve adequate books, documents, records, and papers, from which the debtor's financial condition or business transactions might be ascertained, pursuant to 11 U.S.C. § 727(a)(3).

DATED this 19th day of June, 2007.

1

1
2
3       Honorable Sarah Sharer Curley
        U. S. Bankruptcy Judge
4
5   BNC to Notice
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                              2